**Order entered May 6, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00157-CV**

**JUSTINA MAGALLON, Appellant**

**V.**

**RAMON MAGALLON, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-02829**

## ORDER

Before the Court is appellant's May 4, 2020 unopposed motion to extend time to file her corrected brief. Appellant requests the extension, in part, because her counsel has been unable to obtain a copy of the record.

We **GRANT** the motion and **ORDER** the brief be filed no later than June 4, 2020. We note counsel, as attorney of record for appellant, may access the record via the Attorney Portal on the Court's website.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE